COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

                                        NO. 2-08-335-CV

 

IN RE JOHN WAYNE
MASSINGALE                                            RELATOR

 

                                              ------------

                                    ORIGINAL
PROCEEDING

                                              ------------

                                MEMORANDUM
OPINION[1]

                                              ------------

The
court has considered relator=s
petition for writ of mandamus and is of the opinion that relief should be
denied.  Accordingly, relator=s
petition for writ of mandamus is denied.

 

PER CURIAM

 

 

PANEL: 
CAYCE, C.J.; DAUPHINOT and GARDNER, JJ.

 

DELIVERED: 
August 28, 2008  











    [1]See
TEX. R. APP. P. 47.4.